**William H. Winget, appellee, v. George W. Chessman, appellant. Gen. No. 7,790.**

Action for personal injuries suffered in automobile collision. Judgment for plaintiff. Appeal from the Circuit Court of Peoria county; the Hon. Joseph E. Daily, Judge, presiding. Heard in this court at the

April term, 1927.  Reversed and remanded.  Opinion filed February 11, 1928.

Clarence W. Heyl and Harry C. Heyl, for appellant; Heyl & Heyl, of counsel.  E. V. Champion and S. F. McGrath, for appellee.

Mr. Presiding Justice Jett delivered the opinion of the court.